CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

3/21/2018

JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| AMY SATTERFIELD DRISKILL,<br><br>    *Plaintiff,*<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    *Defendant* | CASE NO. 6:16-cv-00072<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

  This matter is before the Court on the parties' cross motions for summary judgment (dkts. 14, 16), and the Report & Recommendation of United States Magistrate Judge Robert S. Ballou (dkt. 18, hereinafter "Report"). Pursuant to Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Ballou for proposed findings of fact and a recommended disposition. The parties filed cross motions for summary judgment, and on March 5, 2018, Judge Ballou filed a Report recommending that Plaintiff's Motion for Summary Judgment, (dkt. 14), be granted, and the Commissioner's Motion for Summary Judgment, (dkt. 16), be denied. After a review of the record in this case, and no objections having been filed to the Report within fourteen days of its service upon the parties, I adopt the Report in its entirety.

  Accordingly:

1. The Report of March 5, 2018, is hereby **ADOPTED** in its entirety;

2. Plaintiff's Motion for Summary Judgment, (dkt. 14), is hereby **GRANTED**;

3. Defendant's Motion for Summary Judgment, (dkt. 16), is hereby **DENIED**; and

4. This case is hereby **REMANDED** to the ALJ for further proceedings consistent with Judge Ballou's Report.

The Clerk of the Court is hereby directed to send a copy of this Order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

It is so **ORDERED**.

Entered this  21st  day of March, 2018.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE